**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

May 18, 2026



**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Calcano v. Proenza Schouler, LLC*
       Case No.: 1:25-cv-10593

Dear Judge Failla,

The undersigned represents Marcos Calcano, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Proenza Schouler, LLC ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for May 27, 2026, at 12:00 PM (Dkt. 8) be adjourned for 60 days because counsel for the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's second request for an adjournment.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Application GRANTED.

The initial pretrial conference currently scheduled for May 27, 2026, is hereby ADJOURNED to **July 29, 2026,** at **10:00 a.m.** As before, the conference will be telephonic.  The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:    May 19, 2026        SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE